**DISMISS and Opinion Filed February 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00094-CV**

**IN THE INTEREST OF Z.D.R.R. AND Z.U.C., CHILDREN**

**On Appeal from the County Court at Law**
**Kaufman County, Texas**
**Trial Court Cause No. 110045-CC**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Reichek

This is an accelerated appeal involving the termination of appellant's parental rights. In the notice of appeal, appellant states she is appealing the "Final Custody Determination in the above referenced case to the County Court at Law in and for Kaufman County on Thursday, January 12, 2023." The record before this Court does not contain a judgment signed on that date or any other date. Accordingly, the Court questioned its jurisdiction over this appeal and directed appellant to file a letter brief addressing our concern. We cautioned appellant that

failure to comply may result in dismissal of the appeal without further notice. Counsel for appellant has informed the Court that she would not file a response.[1]

Unless specifically authorized by statute, Texas appellate courts have jurisdiction only to review final judgments. *McFadin v. Broadway Coffeehouse, LLC*, 539 S.W.3d 278, 283 (Tex. 2018). A judgment is final for purposes of appeal if it disposes of all pending parties and claims. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Appellate deadlines run from the date the judgment is signed. *See* TEX. R. APP. P. 26.1. Without a signed judgment or other appealable order, there is nothing for this Court to review and the appeal is premature. *See In Int. of X.M.P.*, No. 05-18-01416-CV, 2019 WL 180698, at \*1–2 (Tex. App.—Dallas Jan. 14, 2019, no pet.) (mem. op.).

Because the record before this Court does not contain a judgment and nothing shows that the signing of a judgment is imminent, we dismiss the appeal for want of jurisdiction without prejudice to filing a new notice of appeal after the trial court signs a judgment. *See* TEX. R. APP. P. 42.3(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230094F.P05

---

[1]We note that appellant filed a pro se motion requesting an extension of time to submit the final judgment. Appellant is represented by counsel and is not entitled to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004). Accordingly, the Court takes no action on the motion.



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN THE INTEREST OF Z.D.R.R.
AND Z.U.C., CHILDREN

No. 05-23-00094-CV

On Appeal from the County Court at
Law, Kaufman County, Texas
Trial Court Cause No. 110045-CC.
Opinion delivered by Justice Reichek.
Justices Nowell and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered February 28, 2023